E-FILED
Wednesday, 22 September, 2004  01:35:04 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOSHUA B. STROTHEIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 04-3104 |
| v. | ) | |
| | ) | CIVIL ACTION |
| SPRINGFIELD PARK DISTRICT, | ) | |
| a municipal corporation, and | ) | JUDGE JEANNE E. SCOTT |
| ROBERT RUSCIOLELLI and | ) | |
| JEFF SMITH in both their individual | ) | MAG. JUDGE CHARLES H. EVANS |
| and official capacities as | ) | |
| Springfield Park District Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for JOSHUA B. STROTHEIDE, Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

(1) The full name of every party or amicus the attorney represents in the case:

Joshua Boyd Strotheide

(2) If such party or amicus is a corporation:

The party identified in Paragraph (1) above is not a corporation.

(3) The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

Donald M. Craven, P.C.

Respectfully Submitted,

Dated: September 22, 2004

s/ Scott B. Sievers
Scott B. Sievers Bar Number: 6275924
Lead Counsel for Plaintiff
Donald M. Craven, P.C.

1005 North Seventh Street
Springfield, Illinois 62702-3918
(217) 544-1777 (telephone)
(217) 544-0713 (facsimile)
scott@cravenlawoffice.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas R. Davis and William R. Kohlhase, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/_____
Scott B. Sievers
Lead Counsel for Plaintiff
Donald M. Craven, P.C.
1005 North Seventh Street
Springfield, Illinois 62702-3918
(217) 544-1777 (telephone)
(217) 544-0713 (facsimile)
scott@cravenlawoffice.com