E-FILED
Monday, 22 November, 2004 09:58:14 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JOSHUA B. STROTHEIDE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No.: 04-CV-3104 |
| SPRINGFIELD PARK DISTRICT, et al, | ) ) ) |
| Defendants. | ) |

**FILED**

NOV 2 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have United States Magistrate Judge Byron G. Cudmore conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

X _[signature]_                          X _[signature]_
PLAINTIFF'S COUNSEL                       DEFENDANTS' COUNSEL

_November 16, 2004_                       _Nov 16, 2004_
DATE                                      DATE


PLAINTIFF'S COUNSEL                       DEFENDANTS' COUNSEL


DATE                                      DATE

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Byron G. Cudmore for all further proceedings and the entry of judgment in accordance with Title 28, U.S.C. Section 636(c) and the foregoing consent of the parties.

_November 17, 2004_                       s/ JEANNE E. SCOTT
DATE                                      JEANNE E. SCOTT
                                          UNITED STATES DISTRICT JUDGE