E-FILED
Tuesday, 01 February, 2005  11:37:10 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOSHUA B. STROTHEIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 04-3104 |
| v. | ) | |
| | ) | CIVIL ACTION |
| SPRINGFIELD PARK DISTRICT, | ) | |
| a municipal corporation, and | ) | JUDGE JEANNE E. SCOTT |
| ROBERT RUSCIOLELLI and | ) | |
| JEFF SMITH in both their individual | ) | MAG. JUDGE BYRON G. CUDMORE |
| and official capacities as | ) | |
| Springfield Park District Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS BASED UPON SETTLEMENT

NOW COMES Plaintiff, JOSHUA B. STROTHEIDE, by his attorney, Scott B. Sievers of Donald M. Craven, P.C., and, based upon settlement, does move this Honorable Court to dismiss this cause of action with prejudice, in bar of action, costs paid, cause of action satisfied.

Respectfully Submitted,

Dated: February 1, 2005

s/_____
Scott B. Sievers Bar No. 6275924
Lead Counsel for Plaintiff
Donald M. Craven, P.C.
1005 North Seventh Street
Springfield, Illinois 62702-3918
(217) 544-1777 (telephone)
(217) 544-0713 (facsimile)
scott@cravenlawoffice.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas R. Davis and William R. Kohlhase, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                                            s/_____
                                            Scott B. Sievers
                                            Lead Counsel for Plaintiff
                                            Donald M. Craven, P.C.
                                            1005 North Seventh Street
                                            Springfield, Illinois 62702-3918
                                            (217) 544-1777 (telephone)
                                            (217) 544-0713 (facsimile)
                                            scott@cravenlawoffice.com