**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JOSHUA B. STROTHEIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 04-3104 |
| v. | ) | |
| | ) | CIVIL ACTION |
| SPRINGFIELD PARK DISTRICT, | ) | |
| a municipal corporation, and | ) | JUDGE JEANNE E. SCOTT |
| ROBERT RUSCIOLELLI and | ) | |
| JEFF SMITH in both their individual | ) | MAG. JUDGE BYRON G. CUDMORE |
| and official capacities as | ) | |
| Springfield Park District Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

THIS CAUSE COMING ON FOR HEARING on the motion by Plaintiff, JOSHUA B.
STROTHEIDE, by his attorney, Scott B. Sievers of Donald M. Craven, P.C., based upon
settlement, to dismiss this cause of action with prejudice, in bar of action, costs paid, cause of
action satisfied.

The Court, being fully advised on the matters, does hereby ALLOW the motion to
dismiss with prejudice this cause of action due to settlement, in bar of action, costs paid, cause of
action satisfied.

Dated: _____

*Prepared by:*
Scott B. Sievers
Ill. Atty. Reg. No. 6275924
Donald M. Craven, P.C.
1005 North Seventh Street
Springfield, Illinois 62702-3918
(217) 544-1777 (telephone)
(217) 544-0713 (facsimile)

_____
UNITED STATES MAGISTRATE JUDGE