## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JOSHUA B. STROTHEIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 04-3104 |
| v. ) | |
| ) | CIVIL ACTION |
| SPRINGFIELD PARK DISTRICT, ) | |
| a municipal corporation, and ) | JUDGE JEANNE E. SCOTT |
| ROBERT RUSCIOLELLI and ) | |
| JEFF SMITH in both their individual ) | MAG. JUDGE BYRON G. CUDMORE |
| and official capacities as ) | |
| Springfield Park District Police Officers, ) | |
| ) | |
| Defendants. ) | |

### STIPULATED MOTION TO DISMISS BASED UPON SETTLEMENT

NOW COMES Plaintiff, JOSHUA B. STROTHEIDE, by his attorney, Scott B. Sievers of Donald M. Craven, P.C., and Defendants, SPRINGFIELD PARK DISTRICT, ROBERT RUSCIOLELLI, and JEFF SMITH, by their attorney, Thomas R. Davis of Miller, Hall & Triggs, and, based upon settlement, do stipulate and agree in jointly moving this Honorable Court to dismiss this cause of action with prejudice, in bar of action, costs paid, cause of action satisfied. The parties jointly request for the Court to retain jurisdiction to enforce the settlement agreement.

| | |
|---|---|
| Date: February 3, 2005 | Respectfully Submitted, |
| | |
| **s/ Scott B. Sievers** | **s/ Thomas R. Davis** |
| Scott B. Sievers Bar Number: 6275924 | Thomas R. Davis Bar Number: 6192211 |
| Lead Counsel for Plaintiff | Lead Counsel for Defendants |
| Donald M. Craven, P.C. | Miller, Hall & Triggs |
| 1005 North Seventh Street | 416 Main Street, Suite 1125 |
| Springfield, Illinois 62702-3918 | Peoria, IL 61602-1161 |
| (217) 544-1777 (telephone) | (309) 671-9600 (telephone) |
| (217) 544-0713 (facsimile) | (309) 671-9616 (facsimile) |
| scott@cravenlawoffice.com | thomas.davis@mhtlaw.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas R. Davis and William R. Kohlhase, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                **s/ Scott B. Sievers**
                Scott B. Sievers Bar Number: 6275924
                Lead Counsel for Plaintiff
                Donald M. Craven, P.C.
                1005 North Seventh Street
                Springfield, Illinois 62702-3918
                (217) 544-1777 (telephone)
                (217) 544-0713 (facsimile)
                scott@cravenlawoffice.com