E-FILED
Thursday, 03 February, 2005  12:25:27 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JOSHUA B. STROTHEIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 04-3104 |
| v. ) | |
| ) | CIVIL ACTION |
| SPRINGFIELD PARK DISTRICT, ) | |
| a municipal corporation, and ) | JUDGE JEANNE E. SCOTT |
| ROBERT RUSCIOLELLI and ) | |
| JEFF SMITH in both their individual ) | MAG. JUDGE BYRON G. CUDMORE |
| and official capacities as ) | |
| Springfield Park District Police Officers, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

THIS CAUSE COMING ON FOR HEARING on the stipulated motion by Plaintiff, JOSHUA B. STROTHEIDE, by his attorney, Scott B. Sievers of Donald M. Craven, P.C., and Defendants, SPRINGFIELD PARK DISTRICT, ROBERT RUSCIOLELLI, and JEFF SMITH, by their attorney, Thomas R. Davis of Miller, Hall & Triggs, based upon settlement, to dismiss this cause of action with prejudice, in bar of action, costs paid, cause of action satisfied, and for the Court to retain jurisdiction to enforce the settlement agreement.

The Court, being fully advised on the matters, does hereby ALLOW the stipulated motion to dismiss this cause of action with prejudice due to settlement, in bar of action, costs paid, cause of action satisfied, with the Court retaining jurisdiction to enforce the settlement agreement.

Dated: _____    _____
                              UNITED STATES MAGISTRATE JUDGE

*Prepared by:*
Scott B. Sievers
Ill. Atty. Reg. No. 6275924
Donald M. Craven, P.C.
1005 North Seventh Street
Springfield, Illinois 62702-3918
(217) 544-1777 (telephone)
(217) 544-0713 (facsimile)
scott@cravenlawoffice.com