**E-FILED**

Friday, 04 February, 2005  11:06:08 AM

**UNITED STATES DISTRICT COURT**      Clerk, U.S. District Court, ILCD

**CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JOSHUA B. STROTHEIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 04-3104 |
| v. | ) | |
| | ) | CIVIL ACTION |
| SPRINGFIELD PARK DISTRICT, | ) | |
| a municipal corporation, and | ) | DISTRICT JUDGE SCOTT |
| ROBERT RUSCIOLELLI and | ) | |
| JEFF SMITH in both their individual | ) | MAG. JUDGE CUDMORE |
| and official capacities as | ) | |
| Springfield Park District Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THIS CAUSE COMING ON FOR HEARING on the stipulated motion by Plaintiff,

JOSHUA B. STROTHEIDE, by his attorney, Scott B. Sievers of Donald M. Craven, P.C., and

Defendants, SPRINGFIELD PARK DISTRICT, ROBERT RUSCIOLELLI, and JEFF SMITH,

by their attorney, Thomas R. Davis of Miller, Hall & Triggs, based upon settlement, to dismiss

this cause of action with prejudice, in bar of action, costs paid, cause of action satisfied, and for

the Court to retain jurisdiction to enforce the settlement agreement.

The Court, being fully advised on the matters, does hereby ALLOW the stipulated

motion to dismiss this cause of action with prejudice due to settlement, in bar of action, costs

paid, cause of action satisfied, with the Court retaining jurisdiction to enforce the settlement

agreement.

Dated: February 4, 2005                    s/ Byron G. Cudmore

                                        _____

                                        UNITED STATES MAGISTRATE JUDGE